**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MOVECO.NET LLC**                                                                      **PLAINTIFF**

**v.**                            **Case No. 3:19-cv-00218-LPR**

**DENNIS,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on July 20, 2020, it is considered, ordered, and adjudged that this case and all the various claims in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of July 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE